Hon. Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA SCHUMACHER, *et al.*, | Case No.:  3:18-cv-5535-MJP |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| GOVERNOR JAY INSLEE, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Minute Order of August 7, 2019, Dkt. No. 39, the parties submit this Joint Status Report.

On October 23, 2018, this Court granted the parties' Stipulated Motion to Stay Proceedings in this action. Dkt. No. 35 at p. 4. The grounds for the Stipulated Motion were that some claims of the plaintiffs and the putative class in this case overlap with the related case of *Routh v. Inslee*, No. 2:14-cv-02000-MJP, Ninth Cir. Case No. 16-35749. *Id*. at p. 2. On October 10, 2018, the parties to the *Routh* case reached a tentative class-wide settlement. *Id.* Other than the Court's ruling on the State Defendants' Motion for Summary Judgment, the parties here agreed to stay this action until such time as the *Schumacher* plaintiffs, or any of them, decided to opt out of the *Routh* settlement. *Id.*

On December 14, 2018, the Ninth Circuit granted the parties' motion to remand the *Routh* case to this Court. Ninth Cir. Dkt. No. 80. On January 8, 2019, the *Routh* plaintiffs filed a Fourth Amended Class Action Complaint solely against SEIU 775, adding two additional class

JOINT STATUS REPORT -1
3:18-cv-5535-MJP

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

representatives, and limiting the claims asserted there to retrospective monetary relief. *Routh* Dkt. No. 227.

On January 25, 2019, the Court granted the State Defendants' Motion for Summary Judgment in this action. Dkt. No. 36.

Counsel for SEIU 775 in this action are also counsel for SEIU 775 in *Routh*. Due to the size of the settlement class in *Routh* and other logistical issues, it took much longer than initially expected for the parties to negotiate a final settlement agreement. The negotiation process required the input of the Settlement Administrator with respect to several matters.

The parties recently reached a final settlement agreement in *Routh* and signed the agreement just this week. In September the parties will be submitting a motion for preliminary approval of the *Routh* settlement. If the Court gives its preliminary approval to the *Routh* settlement and conditionally certifies the class, the Court will set a Notice Deadline for the plaintiffs in this action to decide whether to opt out of the *Routh* settlement.

Respectfully Submitted this 23rd day of August 2019.

                FRANK FREED SUBIT & THOMAS LLP

                By: /s/  Michael C. Subit
                    Michael C. Subit, WSBA # 29189
                    Attorneys for Defendant SEIU 775
                    705 Second Avenue, Suite 1200
                    Seattle, WA  98104
                    msubit@frankfreed.com

                ALTSHULER BERZON LLP

                By: /s/  Scott A. Kronland
                    Scott A. Kronland
                    177 Post St., Suite 300
                    San Francisco, CA 94108
                    415-421-7151
                    skronland@altber.com

                    Attorneys for Defendant SEIU 775

JOINT STATUS REPORT -2
3:18-cv-5535-MJP

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

By: /s/ *James G. Abernathy (per electronic mail approval)*
James G. Abernathy, WSBA #48801
c/o Freedom Foundation
P.O. Box 552
Olympia, WA 98507
Jabernathy@freedomfoundation.com

Attorneys for Plaintiffs and the Class

JOINT STATUS REPORT -3
3:18-cv-5535-MJP

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

By: /s/ Michael C. Subit_____
Michael C. Subit, WSBA # 29189
Attorneys for Defendant SEIU 775
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA  98104
msubit@frankfreed.com

JOINT STATUS REPORT -4
3:18-cv-5535-MJP

FRANK FREED SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711