|  |  |
|---|---|
| LINDA SCHUMACHER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAY INSLEE,<br><br>　　　　　　　　Defendant. | CASE NO. C18-5535 MJP<br><br>ORDER TO SHOW CAUSE |

UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE

THIS MATTER comes before the Court *sua sponte*. Having reviewed the Parties' Joint Status Report (Dkt. No. 40), the Court's September 16, 2019 Minute Order requiring the Parties to submit settlement documents by September 30, 2019 (Dkt. No. 41), and the remaining record, the Court ORDERS the Parties to Show Cause why this matter should not be dismissed. In their Joint Status Report, the Parties notified the Court that they have reached a settlement agreement in a related case, Routh v. Inslee, No. 2:14-cv-02000-MJP, Ninth Cir. Case No. 16-35749, and if the court approved the agreement, the court would issue a Notice Deadline for the Plaintiffs in this action to decide whether to opt out of the Routh settlement. (Dkt. No. 40 at 1-2.) This Court

Ordered the Parties to submit the final settlement documents by September 30, 2019 (Dkt. No. 41.)  The Parties failed to do so and have not provided the Court with any notice or explanation for missing the Court's deadline.  The Court therefore ORDERS the Parties to show cause why this action should not be dismissed within 10 days of the date of this order.

      The clerk is ordered to provide copies of this order to all counsel.

Dated December 6, 2019.

Marsha J. Pechman
United States District Judge