UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA SCHUMACHER, et al., | CASE NO. C18-5535 MJP |
| Plaintiffs, | ORDER DENYING STIPULATED MOTION FOR AN EXTENSION OF TIME |
| v. | |
| JAY R. INSLEE, et al., | |
| Defendants. | |

The Court, having received and reviewed the Stipulated Motion to Extend Class Discovery Deadlines (Dkt. No. 61), makes the following findings:

The motion provides no explanation whatsoever as to what remains to be done and this case is several years old. Further, the Parties have been aware of the Court's deadlines for months. The Parties do not show good cause to amend the case schedule, and the Court declines to make amendments on this record.

1     Therefore, IT IS ORDERED that the request to amend the existing case schedule is

2 DENIED without prejudice to bring a renewed motion which cures the defects noted above and

3 outlines a plan for meeting the revised deadlines.

5     The clerk is ordered to provide copies of this order to all counsel.

6     Dated October 2, 2020.

                                  Marsha J. Pechman
                                  United States Senior District Judge