The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA SCHUMACHER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAY R. INSLEE, *et al.*, <br><br> Defendants. | NO. 3:18-cv-5535 <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING 23(F) APPEAL** <br><br> **NOTE DATE: April 16, 2021.** |

This matter came before the Court upon Plaintiff's Motion to Stay Proceedings Pending 23(f) Appeal, dated April 16, 2021.

The Court having considered Plaintiff's Motion to Stay Proceedings Pending 23(f) Appeal and otherwise being fully informed of the matter, including that Defendants do not oppose the motion, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Stay Proceedings Pending 23(f) Appeal should be and is hereby is GRANTED.

DONE in OPEN COURT this 16th day of April, 2021.

Marsha J. Pechman
United States Senior District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel/parties of record and was emailed per instructions in the CM/ECF system. I hereby certify that no other parties are to receive notice.

Dated: April 16, 2021.

By: /s/ Robert A. Bouvatte, Jr.
Robert A. Bouvatte, Jr., WSBA #50220
c/o Freedom Foundation
P.O. Box 552 Olympia, WA 98507
p. 360.956.3482
rbouvatte@freedomfoundation.com