UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA SCHUMACHER, | CASE NO. C18-5535 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GOVERNOR JAY INSLEE, et al., CHERYL STRANGE, SERVICE EMPLOYEES INTERNATIONAL UNION HEALTHCARE 775NW, | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The stay in this proceeding (Dkt. No. 79) has expired, as the Court of Appeals for the Ninth Circuit denied permission to appeal (Dkt. No. 81) this Court's Order denying class certification (Dkt. No. 75). The Parties are directed to meet and confer and submit to the Court, within 14 days of this Order, a Joint Status Report with a proposed plan for the issues that remain in this proceeding.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 25, 2021.

William M. McCool
Clerk of Court

s/Michael Williams
Deputy Clerk