# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINDA SCHUMACHER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JAY INSLEE, et al.,<br><br>　　　　　　Defendants. | CASE NO. C18-5535 MJP<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF DEADLINES |

The Court GRANTS the parties' stipulated motion, (Dkt. No. 83), and revises the dates set forth in the scheduling order, (Dkt. No. 77), as follows:

Deadline for FRCP 26(f) Conference:　　　　　　　　　7/27/2021

Initial Disclosures Pursuant to FRCP 26(a)(1):　　　　　8/3/2021

Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f) and
Local Civil Rule 26(f):　　　　　　　　　　　　　　　8/10/2021

These deadlines may be further extended only be the Court. (<u>See</u> Dkt. No. 77.)

The clerk is ordered to provide copies of this order to all counsel.

ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES - 1

Dated May 27, 2021.

*Marsha J. Pechman* (signature)
Marsha J. Pechman
United States District Judge