1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9                AT SEATTLE

10  LINDA SCHUMACHER, et al.,                CASE NO. C18-5535 MJP

11                      Plaintiffs,          DISMISSAL ORDER

12          v.

13  JAY INSLEE, et al.,

14                      Defendants.

15

16      The Court having been notified of the settlement of this case, and it appearing that no

17  issue remains for the court's determination,

18      IT IS ORDERED that this action and all claims asserted herein are DISMISSED with

19  prejudice and without costs to any party.

20      In the event that the settlement is not perfected, any party may move to reopen the case,

21  provided that such motion is filed within sixty (60) days of the date of this order. Any trial date

22  and pretrial dates previously set are hereby VACATED.

23      The clerk is ordered to provide copies of this order to all counsel.

24      ///

DISMISSAL ORDER - 1

1 | Dated October 19, 2021.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge

DISMISSAL ORDER - 2